IN THE SUPREME COURT OF THE
STATE OF OREGON

STATE OF OREGON, ) Marion County Circuit Court
) Case no. 94C20467
    Plaintiff-Appellant, )
    Respondent on Review, )
)
    v. ) SC  S46714
) CA  A95499
HECTOR VASQUEZ-HERNANDEZ, )
)
    Defendant-Respondent, ) **ORDER AFFIRMING BY AN**
    Petitioner on Review. ) **EQUALLY DIVIDED COURT**

Upon consideration by the court.

The decision of the Court of Appeals is affirmed by an equally divided court.

Dated this 23rd day of June 2003.

_____
WALLACE P. CARSON, JR.
CHIEF JUSTICE

Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, J., resigned June 14, 2001, and did not participate in the decision of this case;  Leeson, J., resigned January 31, 2003, and did not participate in the decision of this case; De Muniz and Balmer, JJ., did not participate in the consideration or decision of this case.